ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**HALL, JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Pelican Creek Owners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PELICAN CREEK OWNERS ASSOCIATION; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00171-JCM-CWH<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT** |

Carrington Mortgage Services, LLC, by and through their attorneys of record Ariel E. Stern, Esq. and Natalie L. Winslow, Esq. of the law firm Akerman, LLP, and Defendant Pelican Creek Owners Association, by and through its attorney of record, Ashlie L. Surur, Esq. of Hall, Jaffe & Clayton, LLP, stipulate as follows:

1. The parties stipulated to set aside the Default (ECF No. 8) entered in this matter on March 9, 2018.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

2. Pelican Creek Owners Association will file and serve its answer on or before April 20, 2018.

| Dated: April 16, 2018. | Dated: April 16, 2018. |
|---|---|
| HALL JAFFE & CLAYTON, LLP | AKERMAN, LLP |
| By: */s/ Ashlie L. Surur*<br>Ashlie L. Surur, Esq.<br>Nevada Bar No.11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Pelican Creek Owners Association* | By: */s/ Natalie L. Winslow*<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Natalie L. Winslow<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Carrington Mortgage Services, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 19, 2018